# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

United States of America     *

vs.     *

CITATION NO(S). __2355870__

*

Awai Mohammed     *

DOCKET NO. __10-M-3934-SKG__

*

\*\*\*\*\*\*

## PLEA AGREEMENT

| ORIGINAL CHARGE | AMENDED CHARGE | FINE | SPECIAL ASSESSMENT | PROCESSING FEE |
|---|---|---|---|---|
| 18 USC 13 MTA 16-303C Suspended license | MTA 16-172(c) Failure to Display | 120 | 5 | 25 |
| | | | | |
| | | | | |
| | TOTAL DUE: $ | 150 | | |

Payment is due in full within seven (7) days unless otherwise approved. Make check or money order payable to: CLERK, U.S. DISTRICT COURT. Include citation (ticket) number on check or money order and also on outside of court-supplied envelope. Mail payment with Defendant's copy to: U.S. COURTS - CVB, P.O. BOX 70939, CHARLOTTE, NC 28272-0939. Or you may pay on-line at: www.cvb.uscourts.gov

____ Waive Initial Appearance     ____ Continue to Obtain License

____ Continue for Payment     ____ Continue to Retain Attorney

____ Set for Trial     ____ New Court Date:_____ AT:_____ A.M.

____ Dismissed by the Government

COMMENTS: _____

_____  
DEFENDANT

_____  
ATTORNEY FOR DEFENDANT

_____  
ASSISTANT U.S. ATTORNEY

__11 Feb 2011__  
DATE